# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00117-CV

**Kyle McCarrell, Appellant**

**v.**

**Cici's Pizza a/k/a Cici's Enterprises a/k/a JMC Restaurant Distribution Inc., Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 19-0841, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee has notified this Court that it has filed for bankruptcy protection (United States Bankruptcy Court, N.D. Texas, Dallas Div., Case No. 21-30146-sgj11). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Chief Justice Byrne, Justices Baker and Smith

Bankruptcy

Filed: February 4, 2021